

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Edmondo Porcu, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>V.<br><br>Geico General Insurance Company<br><br>Defendant. | Civil Action No.   23-cv-02302-LL-BJC<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff filed a notice of intent to not file an amended complaint in federal court. Additionally, the time allotted for Plaintiff to file an amended complaint has lapsed. Case is closed.

Date:   9/13/24

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ D.Frank
                                D.Frank, Deputy